## DUNTON v. ELKINTON.

### April 8, 1837.

*Motion for leave to add a co-executor on the record as plaintiff.*

The 7th section of the act of 24th March, 1818, provides for the addition, on the record of a suit, of a co-executor as plaintiff, who had been omitted in the original process.

ACTION brought by Dunton, executor of Delamater, against Elkinton. Defendant pleaded in abatement that Marinus W. Pike was a co-executor with Dunton. Whereupon plaintiff moved for leave to *add* the name of M. W. Pike as a plaintiff.

C. *Ingersoll*, for plaintiff, relied on the act of 24th March, 1818, section 7. (*Stroud's Purd. tit. Abatement.*)

F. W. *Hubbell*, contra, said the language of the act did not apply to this case.

PER CURIAM.—We are of opinion that the act of 1818 extends to this case. If any thing beyond the language of the act is required to maintain this construction, the dictum of Justice Duncan, in *Wilson v. Wallace's exrs.*, 8 S. & R. 57, may be referred to. The defendant however has leave on application made to withdraw his plea in abatement.

Motion granted.